UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **PATRICIA ANN POTTS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-04-2852 |
| | § | |
| **OFFICE of the ATTORNEY GENERAL** | § | |
| **of TEXAS, et al.,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

Based on Plaintiff's pursuit of the frivolous claims in this case, as well as Plaintiff's representation that she is "seeking justice in no less than 6 lawsuits," the Court is concerned that Plaintiff will endeavor to file similar actions. As explained below, the Court finds it appropriate to take precautionary measures.

Plaintiff's claims in this lawsuit appear to be part of a persistent delusion. Plaintiff has purported to add as defendants (without seeking leave to amend) numerous entities that appear unrelated to each other, as well as to the various theories offered by Plaintiff in her previous complaints. As time has passed, Plaintiff's allegations of conspiracy have grown exponentially. Some of these allegations have been accompanied by requests for injunctive relief by Plaintiff to prevent cars from roaring past her home at night and pulling in front of her on the freeway. Because of the frivolous nature of her claims, as well as Plaintiff's general misunderstanding of the jurisdictional limits of federal courts, the Court concludes that it is not productive to allow Plaintiff to bring additional lawsuits based on allegations similar to those raised in this lawsuit.

Therefore, the Court ORDERS the Clerk not to accept any lawsuit filed by Plaintiff without a prior order from the miscellaneous judge approving such lawsuit.

It is so ORDERED.

SIGNED this 28th day of June, 2005.

JOHN D. RAINEY
UNITED STATES DISTRICT JUDGE